IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK KOHLMAN,

        Plaintiff,

v.                                      Case No. 14-CV-277

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

## ORDER GRANTING COMMISSIONER'S UNOPPOSED MOTION TO REMAND UNDER SENTENCE FOUR

The Commissioner's unopposed motion for an order remanding of this case for further proceedings under sentence four of 42 U.S.C. § 405(g) is GRANTED.

On remand, an administrative law judge will:

(1)    update the medical record;

(2)    further evaluate Mr. Kohlman's mental impairments and resulting functional limitations in a manner consistent with *Yurt v. Colvin*, 758 F.3d 850 (7th Cir. 2014);

(3)    further evaluate Mr. Kohlman's residual functional capacity, to include making "more detailed [RFC] assessment by itemizing various functions contained [the paragraph B and C criteria of Listing 12], and summarized on

1

the PRTF [or equivalent electronic form]" as required by Social Security Ruling 96-8p;

(4) further evaluate the opinion evidence in Exhibits 2A and 4A;

(5) further evaluate Mr. Kohlman's application under step four and five (to include obtaining supplemental vocational expert testimony, if necessary);

(6) offer Mr. Kohlman the the opportunity for a new hearing; and

(7) issue a new decision.

Dated: ~~November~~ December 2, 2014

HON. WILLIAM M. CONLEY
UNITED STATES DISTRICT JUDGE