IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK KOHLMAN,

        Plaintiff,                            JUDGMENT IN A CIVIL CASE

      v.                                             Case No. 14-cv-277-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Mark Kohlman remanding this case to the Commissioner of Social Security for further proceedings under sentence four of 42 U.S.C. § 405(g).


       s/ A. Wiseman, Deputy Clerk             December 5, 2014
       Peter Oppeneer, Clerk of Court                  Date